UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHERYL MOORE | CIVIL ACTION NO. 22-cv-5715 |
| VERSUS | JUDGE EDWARDS |
| MERICLES TOWING, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendant Crouch's Wrecker and Equipment Sales, LLC filed a Diversity Jurisdiction Disclosure Statement (Doc. 66) and alleged that it is an LLC with two members, Robert and Martha Crouch. The statement alleged that Robert and Martha Crouch are "resident[s]" of Tennessee. It is domicile rather than mere residency that decides citizenship for diversity purposes, and "an allegation of residency alone 'does not satisfy the requirement of an allegation of citizenship.'" Midcap Media Finance, LLC v. Pathway Data, Inc., 929 F.3d 310, 313 (5th Cir. 2019), quoting Strain v. Harrelson Rubber Co., 742 F.2d 888, 889 (5th Cir. 1984). A person may reside in multiple states simultaneously, but "[a]n individual who resides in more than one State is regarded, for purposes of federal subject-matter (diversity) jurisdiction, as a citizen of but one State." Wachovia Bank v. Schmidt, 126 S. Ct. 941, 951 (2006). That is the state in which the person is domiciled. Id.; Acridge v. Evangelical Lutheran Good Samaritan Soc., 334 F.3d 444, 451 (5th Cir. 2003).

Crouch's must file, no later than **May 15, 2025**, an amended Diversity Jurisdiction Disclosure Statement that alleges the state(s) in which Robert and Martha Crouch are domiciled.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 8th day of May, 2025.

_____
Mark L. Hornsby
U.S. Magistrate Judge